29,353-03

Court of Criminal Appeals
Capitol Station
P.O. Box 12308
Austin, Texas 78711

August 12, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 17 2015

Abel Acosta, Clerk

Re: Trial Court Cause Number 653300-C and CCA Case number WR-29,353-03

Dear Court Clerk,

I am writing once again because I need a docket sheet on CCA case number: WR-29,353-03 Trial Court Cause Number 653300-C original proceeding Case Description: Nunc Pro Tunc Judgment Order. Can you please send. County: Harris, Court Name 337th District Court. Thank you for your time.

Sincerely,

Charles Ricky Choyce Jr. #690391
Charles Ricky Choyce Jr. #690391
George Beto Unit
1391 FM 3328
Tenneesee Colony, Texas 75880